## TEAL v. STATE.
### No. 19502.

Court of Criminal Appeals of Texas.
Feb. 23, 1938.

Rehearing Denied April 20, 1938.

Wm. E. Davenport, of San Angelo, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for selling whisky without obtaining a permit from the Texas Liquor Control Board; punishment assessed at a fine of $100.

No statement of facts or bills of exception are found in the record. Nothing is presented for review.

The judgment is affirmed.